Louis Corradi / pro se
3010 Norwood Ave.
South Plainfield, NJ 07080-5039

United States District Court. District of New Jersey.

| | |
|---|---|
| Louis Corradi, <br><br> Plaintiff, <br><br> vs. <br><br> New Jersey State Parole Board, et al. <br> South Plainfield Police Department. <br><br> Defendant(s) | Case No.: No. 3:16-cv-05076-flw-dea <br><br> **Order denying** Motion for Entry of Default Judgment <br><br> Failure to Respond <br><br> [D.E. 65] |

**Denied** Plaintiff Louis Corradi requests that entry of judgment by default be entered against the South Plainfield Police Department pursuant to Federal Rules of Civil Procedure 55(a). In support of this request, plaintiff relies upon the record in this case and the affidavit submitted herein.

*Plaintiff's "claims", if any, against the South Plainfield PD were dismissed by the Court on February 21, 2019 [D.E. 55]. Accordingly, Plaintiff's motion is DENIED!*

*So Ordered —*
*[signature] USMJ*

Dated this 25th day of June, 2019
[signature]
Louis Corradi / pro se

Enclosures:
Entry of Default
Motion for Entry of Default
Affidavit in Support of Motion
USMS service of summons
Form AO450

Default of Pleading - 1